UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-26335 |
| QUIANA R. JACKSON, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CHAPER 13 CASE

THIS MATTER coming on for hearing on the Motion of Debtor to Voluntarily Dismiss Chapter 13 Case, notice having been given to all parties entitled thereto, the Court being fully advised in the premises:

It is hereby ORDERED:

1) Debtor's Chapter 13 Case is Dismissed.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: September 14, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com